# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Linda Pettipiece,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-0367-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed August 15, 2014 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed August 15, 2014 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,000.00.

                                              */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                         **United States Magistrate Judge**